**Jeri Jill WOOD, Respondent,**

v.

**Mark Stephen WOOD, Appellant.**

**No. WD 70240.**

Missouri Court of Appeals, Western District.

Jan. 19, 2010.

James D. Boggs, Kansas City, MO, for Appellant.

Jeffrey S. Bay, Kansas City, MO, for Respondent.

Before JAMES EDWARD WELSH, P.J., MARK D. PFEIFFER, and KAREN KING MITCHELL, JJ.

### ORDER

PER CURIAM:

Mark Stephen Wood appeals the circuit court's judgment dissolving his marriage to Jeri Jill Wood. We affirm. Rule 84.16(b).